
Hal S. Shaftel, Esq.
Tel 212.801.2164
Fax 212.805.9464
shaftelh@gtlaw.com

December 6, 2019

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re: **Medacist Solutions Group, LLC v. CareFusion Solutions, LLC**
    **Case No. 1:19-cv-01309-JMF**

Dear Judge Furman:

We represent Defendant CareFusion Solutions, LLC ("CareFusion"). On consent from Plaintiff Medacist Solutions Group LLC ("Medacist"), we request a short adjournment of the current summary judgment briefing schedule. The parties have not previously filed a request to adjourn the briefing.

At the pretrial conference on October 10, 2019, Your Honor set the following schedule:

- CareFusion's motion for summary judgment - December 16, 2019;
- Medacist's opposition to CareFusion's motion and any cross-motion for summary judgment - January 15, 2020
- CareFusion's reply in support of its own motion and opposition to Medacist's cross-motion - February 14, 2020; and
- Medacist's reply in support of its own cross-motion - February 28, 2020.

In light of scheduling conflicts that have arisen since the October 10 conference, we respectfully request a two-week adjournment of each date as follows:

- CareFusion's motion for summary judgment - December 30, 2019;
- Medacist's opposition to CareFusion's motion and any cross-motion for summary judgment - January 29, 2020;
- CareFusion's reply in support of its own motion and opposition to Medacist's cross-motion - February 28, 2020; and
- Medacist's reply in support of its own cross-motion - March 13, 2020.

Greenberg Traurig, LLP | Attorneys at Law
MetLife Building | 200 Park Avenue | New York, New York 10166 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com

Hon. Jesse M. Furman
December 6, 2019
Page 2

*Daubert* motions to exclude experts will be briefed consistent with the provisions of the Civil Case Management Plan and Scheduling Order, filed May 30, 2019 (Doc. 39, ¶13).

We appreciate the Court and counsel's courtesies.

Respectfully submitted,

*[signature]*

Hal S. Shaftel

cc: All counsel of record (*via ECF*)

Application GRANTED, and the proposed deadlines are adopted. The Clerk of Court is directed to terminate ECF No. 66. SO ORDERED.

*[signature]*

December 9, 2019