UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    :
MEDACIST SOLUTIONS GROUP, LLC,    :
    :
                      Plaintiff,    :
    :            19-CV-1309 (JMF)
             -v-    :
    :            ORDER
CAREFUSION SOLUTIONS, LLC,    :
    :
                      Defendant.    :
    :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed during today's teleconference, the parties shall confer and, no later than **February 24, 2021**, submit a joint letter via ECF addressing their views on: (a) the scope and schedule of any supplemental, damages-related discovery; (b) the forum and timing of proposed settlement efforts, including any steps the Court may take to help these efforts; (c) in light of any settlement efforts, any proposal for a reasonable extension of the deadline for the submission of joint pretrial materials pursuant to Paragraph 5 of the Court's Individual Rules and Practices, currently set for 30 days after the completion of any supplemental discovery.

       SO ORDERED.

Dated: February 10, 2021
       New York, New York

                                                    _____
                                                         JESSE M. FURMAN
                                                      United States District Judge