UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MEDACIST SOLUTIONS GROUP, LLC,                                       :
:
                   Plaintiff,                                     :
:     19-CV-1309 (JMF)
        -v-                                                          :
:     ORDER
CARE FUSION SOLUTIONS, LLC,                                          :
:
                  Defendant.                                      :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court agrees that the documents described in the parties' letter motions to maintain sealing and/or redaction, *see* ECF Nos. 110, 116; *see also* ECF No. 111 (Declaration of Jason Strohm), should remain sealed or redacted, substantially for the reasons stated in the motions. If Plaintiff has not already done so, no later than **two business days from the date of this Order** it shall re-file without redaction the documents it has identified in its motion as being appropriate for public view. *See* ECF No. 116 tbl.4.

       The Clerk of Court is directed to terminate ECF Nos. 110 and 116, as well as ECF No. 115 which was filed by Plaintiff to request sealing of its letter motion.

       SO ORDERED.

Dated: February 16, 2021
       New York, New York                       _____
                                                      JESSE M. FURMAN
                                           United States District Judge