

Hal S. Shaftel, Esq.
Tel 212.801.2164
Fax 212.805.9464
shaftelh@gtlaw.com

May 17, 2021

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re: **Medacist Solutions Group, LLC v. CareFusion Solutions, LLC**
Case No. 1:19-cv-01309-JMF

Dear Judge Furman:

Pursuant to Rules 1(E) and 3(A) of Your Honor's Individual Rules, we write on behalf of both parties to jointly request a modest adjustment to the deadline for Your Honor's Rule 5 pre-trial submissions. Pursuant to the Court's February 26, 2021 memo endorsement of the parties' letter dated February 24, 2021, joint pre-trial submissions are currently due on July 30, 2021. As explained below, we respectfully seek to adjourn this date until September 1, 2021.

We are pleased to report that the parties have agreed to conduct multiple mediation sessions before former Judge Katherine Forrest. Judge Forrest is scheduled to conduct sessions on June 16 by video and on June 22 and 23 in person. The dates were selected in light of Judge Forrest's prior scheduling commitments (including an out of state trial). Because the mediation will not occur until the later part of June, we seek to defer the pre-trial filings until September 1, 2021, in order to permit the mediation to run its course without having the costs and other burdens of the filings as a distraction to negotiations at this point.

No prior request for an adjustment to this deadline has been made and the parties do not currently have a date for a next appearance before the Court. We of course are available should the Court have any questions regarding our request.

Respectfully,

*/s/ Hal S. Shaftel*

Hal S. Shaftel

cc: All counsel of record (*via ECF*)

> The Application is GRANTED. The parties' joint pre-trial materials should be submitted no later than **September 1, 2021**. The Clerk of Court is directed to terminate ECF No. 122. SO ORDERED.
>
> [signature]
>
> May 19, 2021

**Greenberg Traurig, LLP | Attorneys at Law**
MetLife Building | 200 Park Avenue | New York, New York 10166 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com